**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**SHIRLEY THOMAS, et al.** **PLAINTIFFS**

**VS.** **CIVIL ACTION NO.: 4:14-cv-11-DMB-JMV**

**SALTCHUK RESOURCES INC., et al.** **DEFENDANTS**

**ORDER**

The court, having considered the motion to stay filed by the defendant [9] and the fact that it is unopposed, finds it to be well taken. Discovery is hereby **STAYED** until the case management conference has taken place and the defendant is **GRANTED** thirty (30) days from the date of the case management conference to respond to written discovery heretofore propounded.

**SO ORDERED**, this the 18th day of February, 2014.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**